1  LAW OFFICES OF P. RANDALL NOAH
   P. Randall Noah (SBN: 136452)
2  8 Camino Encinas, Suite 220
   Orinda, California 94563
3  Telephone: (925) 253-5540
   Facsimile: (925) 253-5542
4  Email: pnoah@ix.netcom.com

5  Attorneys for Plaintiff
   SHIRLEY PERRY
6
   SEYFARTH SHAW LLP
7  Carolyn A. Knox (SBN 181317)
   Robin M. Cleary (SBN 192489)
8  560 Mission Street, Suite 3100
   San Francisco, California 94105
9  Telephone: (415) 397-2823
   Facsimile: (415) 397-8549
10 Email: cknox@seyfarth.com, rcleary@seyfarth.com

11 Attorneys for Defendants
   CIGNA GROUP INSURANCE AND LIFE INSURANCE COMPANY OF NORTH AMERICA
12
                    UNITED STATES DISTRICT COURT
13
          IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
14

| | |
|---|---|
| SHIRLEY PERRY, | Case No. C05-02303 |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |
| v. | |
| CIGNA GROUP INSURANCE, LIFE INSURANCE COMPANY OF NORTH AMERICA | [L.R. 6-1(a)] |
| Defendants. | |

1

Stipulation to Extend Time for Defendants to File a Responsive Pleading / Case No. C05-02303

1    Pursuant to Local Rule 6-1(a), Plaintiff Shirley Perry and Defendants Cigna Group
2  Insurance and Life Insurance Company of North America (collectively "Defendants") hereby
3  stipulate to extend the time in which Defendants may file their responsive pleading from July 28,
4  2005 to August 25, 2005.

DATED: July ___, 2005                    LAW OFFICES OF P. RANDALL NOAH

                                         By _____
                                              P. Randall Noah
                                         Attorney for Plaintiff
                                         SHIRLEY PERRY


DATED: July 19, 2005                     SEYFARTH SHAW LLP

                                         By _____
                                              Carolyn A. Knox
                                              Robin M. Cleary
                                         Attorneys for Defendants
                                         CIGNA GROUP INSURANCE AND LIFE
                                         INSURANCE COMPANY OF NORTH
                                         AMERICA

SF1 28214980.1

July 25, 2005

**APPROVED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA