LAW OFFICES OF P. RANDALL NOAH
P. Randall Noah (SBN: 136452)
8 Camino Encinas, Suite 220
Orinda, California 94563
Telephone: (925) 253-5540
Facsimile: (925) 253-5542
Email: pnoah@ix.netcom.com

Attorneys for Plaintiff
SHIRLEY PERRY

SEYFARTH SHAW LLP
Carolyn A. Knox (SBN 181317)
Robin M. Cleary (SBN 192489)
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
Email: cknox@seyfarth.com, rcleary@seyfarth.com

Attorneys for Defendants
CIGNA GROUP INSURANCE AND
LIFE INSURANCE COMPANY OF NORTH AMERICA

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| SHIRLEY PERRY, | Case No. C05-02303 |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF CIGNA GROUP INSURANCE WITH PREJUDICE** |
| v. | |
| CIGNA GROUP INSURANCE, LIFE INSURANCE COMPANY OF NORTH AMERICA | |
| Defendants. | |

1

Stipulation and [Proposed] Order of Dismissal of CIGNA Group Insurance with Prejudice
Case No. C05-02303

Plaintiff Shirley Perry ("Plaintiff") and Defendants CIGNA Group Insurance and Life Insurance Company of North America (collectively "Defendants") hereby agree and stipulate to the dismissal with prejudice of CIGNA Group Insurance from this action. CIGNA Group Insurance waives costs.

DATED: August 22, 2005

LAW OFFICES OF P. RANDALL NOAH

By: *P. Randall Noah*
Attorney for Plaintiff
SHIRLEY PERRY

DATED: August 22, 2005

SEYFARTH SHAW LLP

By: *Carolyn A. Knox*
Carolyn A. Knox
Robin M. Cleary
Attorneys for Defendants
CIGNA GROUP INSURANCE AND LIFE INSURANCE COMPANY OF NORTH AMERICA

BASED ON THE STIPULATION of the parties herein, good cause appearing, this Stipulation is hereby approved by the Court and Defendant CIGNA Group Insurance is hereby dismissed with prejudice from this action

IT IS SO ORDERED.

DATED: August 23, 2005

The Honorable
United States

[APPROVED — Judge Charles R. Breyer — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal]

SF1 2821790.1