```
 1  LAW OFFICES OF P. RANDALL NOAH
    P. Randall Noah (SBN: 136452)
 2  8 Camino Encinas, Suite 220
    Orinda, California 94563
 3  Telephone: (925) 253-5540
    Facsimile: (925) 253-5542
 4  Email: pnoah@ix.netcom.com

 5  Attorneys for Plaintiff
    SHIRLEY PERRY
 6
    SEYFARTH SHAW LLP
 7  Carolyn A. Knox (SBN 181317)
    Robin M. Cleary (SBN 192489)
 8  560 Mission Street, Suite 3100
    San Francisco, California 94105
 9  Telephone: (415) 397-2823
    Facsimile: (415) 397-8549
10  Email: cknox@seyfarth.com, rcleary@seyfarth.com

11  Attorneys for Defendants
    LOCKHEED MARTIN GROUP BENEFIT PLAN NO. 594
12  and LIFE INSURANCE COMPANY OF NORTH AMERICA
```

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY PERRY, | Case No. C05-02303 CRB |
| Plaintiff, | **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AND [PROPOSED] ORDER** |
| v. | |
| LOCKHEED MARTIN GROUP BENEFIT PLAN NO. 594, LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendants. | |

///
///
///
///
///
///

1

1  Plaintiff Shirley Perry and Defendants Lockheed Martin Group Benefit Plan No. 594 and
2  Life Insurance Company of North America have reached a resolution of this matter. The parties
3  agree to dismiss this action in its entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a). Each
4  party shall bear its own fees and costs.
5  The parties seek the Court's approval of dismissal of this action with prejudice through
6  the order listed *infra*.

7
8  DATED: October 17, 2005           LAW OFFICES OF P. RANDALL NOAH
9
10                                    By _____
                                         P. Randall Noah
11                                       Attorney for Plaintiff
                                         SHIRLEY PERRY
12
13
14  DATED: October 20, 2005          SEYFARTH SHAW LLP
15
16                                    By _____
                                         Carolyn A. Knox
17                                       Robin M. Cleary
                                         Attorneys for Defendants
18                                       LOCKHEED MARTIN GROUP BENEFIT
                                         PLAN NO. 594 AND LIFE INSURANCE
19                                       COMPANY OF NORTH AMERICA

20  IT IS SO ORDERED:
21
22  Date: October 24, 2005
                                         HONORABLE CHARLES R. BREYER
23                                       UNITED STATES DISTRICT COURT JUDGE

24  SF1 28221523.1

**APPROVED** — Judge Charles R. Breyer

---

2

Stipulation of Dismissal of Action with Prejudice and [Proposed] Order
Case No. C05-02303 CRB